IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KRISTA ABELS )
)
    Plaintiff )
) CIVIL ACTION
v. )
) FILE NO.  1:23-cv-02811-TWT
UNITEDHEALTHCARE INSURANCE )
COMPANY )
)
    Defendant. )

## FILING OF WAIVER OF SERVICE
## OF SUMMONS FORM

    Comes now Plaintiff in the above-styled case and hereby files the Waiver of

Service of Summons Form, attached hereto.

    Respectfully Submitted this  12th  day of July, 2023.

ROGERS, HOFRICHTER & KARRH, LLC

*/s/Heather K. Karrh*
HEATHER K. KARRH
Ga. State Bar No.  408379
Attorney for Plaintiff

225 S. Glynn Street Suite A
Fayetteville, GA 30214
(770)460-1118
Hkarrh@RHKPC.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KRISTA ABELS                          )
                                      )
        Plaintiff                     )
                                      ) CIVIL ACTION
v.                                    )
                                      ) FILE NO.  1:23-cv-02811-TWT
UNITEDHEALTHCARE INSURANCE            )
COMPANY                               )
                                      )
        Defendant.                    )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day attached a copy of the within and

foregoing **Filing of Waiver of Service of Summons Form** upon all parties to this

matter by depositing a true copy of same in the United States Mail with adequate

postage thereon to assure delivery and addressed to:

> Kenton J. Coppage
> Fox Rothschild LLO
> 999 Peachtree St., NE, Suite 1500
> Atlanta, GA 30309

This 12th  day of July, 2023.

ROGERS, HOFRICHTER & KARRH, LLC

*s/Heather K. Karrh*
HEATHER K. KARRH
Ga. State Bar No.408379
Attorney for Plaintiff