IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRISTA ABELS ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> UNITEDHEALTHCARE ) <br> INSURANCE COMPANY ) <br> ) <br> Defendant ) | CIVIL ACTION <br><br> FILE NO. 1:23-cv-02811-TWT |

### CONSENT MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT

Now comes defendant UNITEDHEALTHCARE INSURANCE COMPANY ("UHC") and pursuant to Fed. R. Civ. P. 6, files this motion for an extension of time within which to answer plaintiff's complaint, showing the Court as follows:

1.

Plaintiff brought this action to recover medical benefits benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.*

2.

The current deadline for UHC's answer to plaintiff's complaint is August 25, 2023.

3.

Defendant needs additional time to assemble documents and complete its answer to plaintiff's complaint and requests a two-week extension through September 8, 2023.

4.

Plaintiff consents to the requested extension.

5.

A proposed consent order granting the requested extension is filed herewith.

WHEREFORE, defendant United Healthcare prays that its Consent Motion to Extend Time to Answer Plaintiff's Complaint through and including September 8, 2023, be granted.

This 23rd day of August, 2023.

        *s/ Kenton J. Coppage*
        Kenton J. Coppage
        Georgia Bar No. 187190
        Elizabeth G. Brunette
        Georgia Bar No. 560454

        Attorneys for Defendant

FOX ROTHSCHILD LLP
999 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30309
(404) 962-1000
*kcoppage@foxrothschild.com*
*ebrunette@foxrothschild.com*

## CERTIFICATE OF SERVICE

The foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Heather K. Karrh, Esq.<br>
Michael J. Hofrichter, Esq.<br>
ROGERS, HOFRICHTER & KARRH, LLC<br>
225 South Glynn Street, Suite A<br>
Fayetteville, Georgia 30214

This 23rd day of August, 2023.

                                          */s/ Kenton J. Coppage*
                                          Kenton J. Coppage
                                          Georgia Bar No. 187190

                                          Attorney for Defendant

FOX ROTHSCHILD LLP
999 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30309
(404) 962-1000
*kcoppage@foxrothschild.com*