IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KRISTA ABELS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 1:23-cv-02811-TWT |
| UNITEDHEALTHCARE INSURANCE COMPANY | ) ) | |
| | ) | |
| Defendant | ) | |

## CONSENT ORDER EXTENDING TIME TO ANSWER COMPLAINT

Having read the foregoing Consent Motion to Extend Time to Answer Plaintiff's Complaint, for good cause shown, and all parties consenting thereto, it is hereby ordered that the time within which defendant UnitedHealthcare Insurance Company may answer, move, or otherwise respond to plaintiff's complaint shall be, and the same hereby is enlarged through and including September 8, 2023.

This ___ day of _____, 2023.

_____
THOMAS W. THRASH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Consented to by:

*/s/  Heather K. Karrh*
Heather K. Karrh
Georgia Bar No. 408379
Michael J. Hofrichter
Georgia Bar No. 359841
Attorneys for Plaintiff

ROGERS, HOFRICHTER
  & KARRH, LLC
225 South Glynn Street, Suite A
Fayetteville, Georgia 30214
(770) 460-1118

*/s/  Kenton J. Coppage*
Kenton J. Coppage
Georgia Bar No. 187190
Attorney for Defendant

FOX ROTHSCHILD LLP
999 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30309
(404) 962-1000 – *Telephone*
(404) 962-1200 – *Facsimile*
kcoppage@foxrothschild.com