IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRISTA ABELS ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:23-cv-02811-TWT |
| UNITEDHEALTHCARE ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant ) | |

**CONSENT ORDER EXTENDING TIME TO ANSWER COMPLAINT**

Having read the foregoing Consent Motion to Extend Time to Answer Plaintiff's Complaint, for good cause shown, and all parties consenting thereto, it is hereby ordered that the time within which defendant UnitedHealthcare Insurance Company may answer, move, or otherwise respond to plaintiff's complaint shall be, and the same hereby is enlarged through and including September 8, 2023.

This 24th day of August, 2023.

_____
THOMAS W. THRASH, JR.
SENIOR UNITED STATES DISTRICT JUDGE