IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRISTA ABELS ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:23-cv-02811-TWT |
| UNITEDHEALTHCARE ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant ) | |

# DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for defendants certifies that the following is a full and complete list of all parties in this action:

Plaintiff:		Krista Abels

Defendants:		UnitedHealthcare Insurance Company

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

UnitedHealth Group, Incorporated (indirect parent company of UnitedHealthcare Insurance Company)

149002299.1

(3) The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:     Heather K. Karrh

Michael J. Hofrichter

For Defendant:   Kenton J. Coppage

This 7th day of September, 2023.

*s/ Kenton J. Coppage*
Kenton J. Coppage
Georgia Bar No. 187190

Attorney for Defendants

FOX ROTHSCHILD LLP
999 Peachtree Street, Suite 1500
Atlanta, Georgia 30309
(404) 962-1000 - Telephone
(404) 962-1200 - Facsimile
kcoppage@foxrothschild.com

2

149002299.1

## CERTIFICATE OF SERVICE

The foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Heather K. Karrh, Esq.
Michael J. Hofrichter, Esq.
ROGERS, HOFRICHTER & KARRH, LLC
225 S. Glynn Street, Suite A
Fayetteville, Georgia 30214

This 7th day of September, 2023.

*s/ Kenton J. Coppage*
Kenton J. Coppage
