IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRISTA ABELS | ) |
| | ) |
|   Plaintiff | ) |
| | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:23-cv-02811-TWT |
| UNITEDHEALTHCARE INSURANCE COMPANY | ) |
| | ) |
| | ) |
|   Defendant. | ) |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Plaintiff Krista Abels, by and through the undersigned counsel, submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of the party:

    Plaintiff:        Krista Abels

    Defendant:      UnitedHealthcare Insurance Company

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

1

either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Heather K. Karrh and Rogers, Hofrichter & Karrh, LLC have a financial interest in the outcome of this case due to a contingency fee arrangement with Plaintiff.

3. The undersigned further certifies that the following is a full and complete list of all other persons, serving as attorneys for the parties in this proceeding:

For Plaintiff:

Heather K. Karrh
Rogers, Hofrichter & Karrh, LLC
225 S. Glynn Street, Suite A
Fayetteville, GA 30214
(770)460-1118
hkarrh@rhkpc.com

For Defendant:

Kenton J. Coppage
Fox Rothschild LLP
999 Peachtree Street, Suite 1500
Atlanta, GA 30309
(404)962-1000
kcoppage@foxrothschild.com

Respectfully submitted this __8th__ day of September, 2023.

/s/ Heather K. Karrh
Heather K. Karrh
Georgia Bar No. 408379

                                                Attorney for Plaintiff

ROGERS, HOFRICHTER &
   KARRH, LLC
225 S. Glynn Street, Suite A
Fayetteville, Georgia 30214
(770) 460-1118 (telephone)
(770) 460-0920 (facsimile)
Hkarrh@rhkpc.com

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to Local Rule 5.1C, ND Ga. And Standing Order No. 04-01, the foregoing pleading is prepared in Times New Roman, 14 point, and was filed using the CM/ECT system, which will automatically provide notice to the following attorneys of record by electronic means:

Kenton J. Coppage, Esq.

This  8th  day of September, 2023.

/s/ Heather K. Karrh
Heather K. Karrh
Georgia Bar No. 408379