IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRISTA ABELS ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:23-cv-02811-TWT |
| UNITEDHEALTHCARE INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR AN EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT

Come now the parties and show the court as follows:

1.

Motions for Summary Judgment and other Substantive Motions are due no later than March 5, 2024.

2.

Both parties desire an extension of up to forty-five days up to and including April 19, 2024 for filing such motions.

3.

Plaintiff's counsel has an Eleventh Circuit brief due on March 6, 2024 and has several depositions scheduled prior to that date.

4.

Further, the parties would like to explore settlement of this matter.

5.

Per the Local Rules of this Court, this extension is sought within the original time-frame.

6.

This request for an extension is made in good faith in an effort to preserve judicial resources.

WHEREFORE, the parties request that the Court extend the deadline to file Motions for Summary Judgment up to and including April 19, 2024.

This __19th__ day of February, 2024.

| | |
|---|---|
| *s/Kenton J. Coppage* | *s/Heather K. Karrh* |
| Kenton J. Coppage | Heather K. Karrh |
| Georgia Bar No. 187190 | Georgia Bar No. 408379 |
| FOX ROTHSCHILD, LLP | ROGERS, HOFRICHTER & KARRH, LLC |
| 999 Peachtree Street, Suite 1500 | 225 S. Glynn Street, Suite A |
| Atlanta, GA 30309 | Fayetteville, GA 30214 |
| (404)962-1000 | (770)460-11118 |
| | |
| Attorney for Defendant | Attorney for Plaintiff |