# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| KRISTA ABELS | ) |
| --- | --- |
| Plaintiff | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:23-cv-02811-TWT |
| UNITEDHEALTHCARE INSURANCE COMPANY | ) |
| Defendant. | ) |

## ORDER

The Parties having jointly requested an extension of the time for filing dispositive motions, and for Good Cause shown, it is hereby ordered that the deadline for filing Motions for Summary Judgment is hereby extended up to and including April 19, 2024.

This 21st day of February, 2024.

_____
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE